

**Casie Walker**

Burnet County District Clerk
1701 East Polk Street, Suite 90
Burnet, Texas 78611-2757
Phone (512) 756-5450

August 18, 2015

Court of Appeals - Third District of Texas
via email - 3rdclerksandreporters@txcourts.gov

Re:     Court of Appeals Number: 03-15-00299-CR
        Trail Court Case Number: 41101

Style:  The State of Texas
        vs.
        James Bradley Warden

        This letter is to request an extension of thirty (30) days to file the Clerk's record in the above-referenced cause.

Sincerely,

Casie Walker
District Clerk